IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KAREN S. DAVIS, | ) |
| PLAINTIFF, | ) ) |
| vs. | ) ) Case No. 15-CV-1358-W |
| (2) PHYSICIANS MUTUAL INSURANCE COMPANY, | ) ) ) |
| DEFENDANT. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to the dismissal of this action with prejudice, each party to pay their own costs and attorney fees.

/s/Tara A. LaClair
Tara A. LaClair
Mary H. Tolbert
Crowe & Dunlevy, P.C.
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
(405) 239-6672
(405) 272-5914
tara.laclair@crowedunlevy.com
molly.tolbert@crowedunlevy.com

/s/David B. Donchin
David B. Donchin
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
(405) 235-9584; Fax (405) 235-0551
dlb@dlb.net

*Attorneys for Plaintiff*

/s/Jon E. Brightmire
Jon E. Brightmire, OBA No. 11623
Doerner, Saunders, Daniel
  & Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103-3117
(918) 591-5258  Telephone
(918) 925-5258  Facsimile
jbrightmire@dsda.com

/s/J. Scott Paul
J. Scott Paul, NE No. 16635
McGrath, North, Mullin & Kratz, PC LLO
1601 Dodge Street, Suite 3700
Omaha, NE  68102
(402) 341-3070  Telephone
(402) 341-0216  Facsimile
spaul@mcgrathnorth.com

*Attorneys for Defendant Physicians Mutual Insurance Company*